No. 256
AVANT v. STATE
Ohio Appeals, 7th Dist., Mahoning Co.
Decided Oct. 29, 1924.
333. CRIMINAL LAW—

1. Accused's admissions or confessions to officers arresting presumed voluntarily made.

2. Two offenses closely associated chargeable in same indictment.

611—HOMICIDE—

1. Mercy properly not recommended when murder brutally inflicted.

2. Accused not so mentally deranged as to operate as excuse for offense.

225. CHARGE TO JURY—Failure to give special instructions not erroneous when covered by instructions given.
FARR, J.

Epitomized Opinion
Published only in Ohio Law Abstract

Avant was indicted for murder in the first degree, and convicted without a recommendation of mercy. One Elizabeth Stitle was murdered near a schoolhouse in Youngstown. A few days thereafter the accused was apprehended in McKees Rocks, Pa., and confessed the murder to arresting officers. It was claimed that he later confessed to police officers and the prosecuting attorney. A motion was made upon the trial to require the court to elect whether it would proceed to try the accused upon the first or second count in the indictment, the indictment charging murder and assault with the intent to commit rape, which was overruled. In affirming the conviction, the court of appeals held:

1. Where a person is examined by arresting officers as to his acts and conduct in relation thereto and such person does not claim his privilege, he will be deemed to have testified

voluntarily and such examination does not constitute a violation of Sec. 10 Art. 1 of the Ohio Constitution.

2. Where two closely alleged offenses arise from the same transaction and may be established by sustantially the same evidence, both may be included in separate counts of the same indictment.

3. As the murder appears to have been brutally inflicted, it cannot be said that the jury's failure to recommend mercy was improper.

4. It cannot be said that the mind of the accused was so mentally deranged as to operate as an excuse for this offense.

5. Where the instructions given sufficiently covered the only issues upon which there is any evidence, a failure to give other instructions is not error.

Attorneys—David Shermer and P. B. Mulholland, for Avant; H. H. Hull, for State of Ohio.

(Continued from Page 149)
WESTENHOVEN BROS. v. PUB. UTL. COM. hearing found that a partnership consisting of Carl and Lawrence never existed; and the certificate which had been issued to Carl was revoked. The Commission overruled applications for a new hearing, and Westenhoven took the case to the Supreme Court contending:

1. That the withdrawal of one or more members from a partnership did not destroy the entity or property thereof.

2. That a minor may be a member of a partnership in Ohio, his contract being voidable at his option and not void.

Attorneys—Hackett and Lynch, Toledo, for Westenhoven; C. C. Crabbe and J. W. Bricker, Columbus, for Commission.

# Law and Procedure

in the

# Ohio Supreme Court

*By Seba H. Miller*

Clerk of Ohio Supreme Court

## A MOST VALUABLE BOOK
## For Every Lawyer

One Large volume—800 Pages

# Price, $7.50

## THE W. H. ANDERSON CO.

524 Main Street

CINCINNATI, – OHIO

## PUBLISHER'S COLUMN
# The Ohio Law Abstract

Entered as second class matter, February 28, 1923, at the Post Office, Cleveland, Ohio, under the Act of March 3, 1879

Issued Every Wednesday          50 Weeks of the Year

### SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance........$15.00

Single Numbers ................................ .35

When cash is mailed to us in advance
20 per cent discount

Address all communications to

### THE LAW ABSTRACT COMPANY
1727 Bryn Mawr, Cleveland, O.

P. O. Box 55, East Cleveland Sta.

### THE FIRST OHIO STATUTES

We call attention to the announcement on next page of a book every library should possess.

We do this owing to the fact that the edition to be published is to be small, and the time for getting a copy at the reduced prepublication price is so short, April 1, that only those who are on the ALERT will be sure of obtaining the work.

Besides, we do not want to be blamed, if you overlook the opportunity.

The value of this book, and the importance of getting a copy are emphasized by knowing that, as we are informed, at a recent advertised sale of rare old books, by a New York antiquarian dealer, a copy of the original we are reprinting, BROUGHT over $200. This shows its scarcity.

After the $6.00 sale, which closes on April 15, the PRICE will GO UP, as, despite our publicity efforts, there will be many who do not learn of this republication, or who become lawyers in the future, who will want a copy. The demand for copies will continue, and the supply will be EXHAUSTED.

### THE DIFFERENCE

Between being a subscriber and reader of the Ohio Law Abstract, and not being, may often be the difference between winning and losing a case. The Abstract is a real protection to the lawyer who takes it and reads it promptly every week.